# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph  
D. Maimon Kirschenbaum  
Denise Schulman  
Josef Nussbaum  
Lucas Buzzard  

32 Broadway, Suite 601  
New York, NY 10004  
Phone (212) 688-5640  
Fax (212) 688-2548  
www.jk-llp.com  

March 17, 2020

**VIA ECF**

Honorable Vera M. Scanlon, U.S.M.J.  
United States District Court  
Eastern District of New York  
225 Cadman Plaza, Courtroom 13A  
Brooklyn, NY 11201  

Re: *Guzman et al v. Newtown Bar LLC et al.*, 19 CV 4332

Dear Judge Scanlon,

      We represent Plaintiffs in the above-captioned matter. In accordance with the discussion on the record at the conference earlier today and the Court's Order from that conference, we write on behalf of Plaintiffs and Defendants to respectfully inform the Court that the Parties have agreed to amend the payment schedule set forth in the settlement agreement (Dkt. No. 24, ex. 1) as follows:

      Paragraph 1(b) of the agreement shall be amended to read as follows:

(b)     The Settlement Sum shall be paid in twenty-two (22) installments. The first installment ("Installment 1") shall be for the sum of Fifteen Thousand Dollars ($15,000.00) and shall be paid within ninety (90) days after the Court dismisses this Action with prejudice. The second to twenty-first installments ("Installments 2 - 21") shall consist of equal payment sums of One Thousand Two Hundred Dollars ($1,200.00) and shall be payable on the last day of the subsequent twenty (20) months after the first installment. The twenty-second and final installment shall be for One Thousand Dollars ($1,000) and shall be paid thirty (30) days after Installment 21.

      In addition, Paragraph 1(d) of the agreement shall be amended to read as follows:

(d)     Defendants shall pay the each Settlement Installment to Plaintiffs' counsel, JK. Settlement checks shall be delivered by Defendants via wire transfer or by priority mail to Joseph & Kirschenbaum LLP. The wiring information and or address information will be provided by Plaintiffs to Defendants prior to the date that the first installment payment is due. Plaintiffs' counsel retains the option to decide which method they would like the payments to be made.

All of the other terms of the settlement agreement remain in force and effect. The Parties respectfully request that the Court So Order the above-referenced amendments and incorporate them into the terms of the agreement.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Josef Nussbaum*
Josef Nussbaum


cc: All counsel of record (via ECF)